# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

CLARENCE SMART,                                     Case No. 3:12-cv-65

     Plaintiff,

                                 Judge Timothy S. Black

vs.

MICHAEL J. ASTRUE,
Commissioner of the Social
Security Administration,

     Defendant.

## ORDER VACATING THE REFERENCE OF THIS CASE
## TO THE MAGISTRATE JUDGE

The reference of this case to the Magistrate Judge is hereby vacated.

**IT IS SO ORDERED.**

Date: _10/23/12_

                                          Timothy S. Black
                                          United States District Judge