UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**CLARENCE SMART,**                                        CASE NO.   **3:12-cv-65**

    Plaintiff,                                          **Judge Timothy S. Black**

**-vs-**

**COMMISSIONER OF SOCIAL
SECURITY,**

   Defendant.

_____
**JUDGMENT IN A CIVIL CASE**
_____

**[ ]   Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

**[X]   Decision by Court:** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered,

**IT IS ORDERED AND ADJUDGED** that the ALJ's non-disability finding is **FOUND NOT SUPPORTED BY SUBSTANTIAL EVIDENCE** and **REVERSED**; this matter is **REMANDED** to the ALJ under the Fourth Sentence of 42 U.S.C. § 405(g); and that the case is **CLOSED** from the docket of the Court.

Date: December 7, 2012                                    **JOHN P. HEHMAN, CLERK**

                                                                                                 By: *s/ M. Rogers*
                                                                                                 Deputy Clerk